## HIRAM PIERSON, Appellant, *v.* CHARLES M. HOLBROOK, Respondent.

The answer of defendant was filed May 10th, 1852, and the application for a continuance, to take testimony in New York, was filed June 14th, 1852, during which interval, no attempt was made to sue out a commission for the purpose. Held, that this is not sufficient diligence to entitle the party to his application.

APPEAL from the Fourth Judicial District.

The defendant in this action appealed from an order of the said District Court, overruling an application for a continuance, made by said defendant, upon affidavit and motion filed, &c.

HEYDENFELDT, Justice, delivered the opinion of the Court, MURRAY, Justice, concurring.

Appeal from the refusal of a continuance.

The defendant's answer was filed May 10th, 1852, and the application for a continuance, to take the testimony of a witness in New York, was filed June 14th, 1852, during which time no attempt was made to sue out a commission for the purpose.

This is not sufficient diligence to entitle a party to the indulgence applied for.    One half of the time which would be required to take the testimony, was allowed to elapse without

action. When the distance and delay are so great, every consideration requires that parties should be held to the strictest diligence.

Judgment affirmed, with costs.